# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RHODA KRUGER, | Case No. 3:16-cv-162 |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| VITAL RECOVERY SERVICES, LLC | |
| Defendant. | |

Based on the parties' Notice, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice and without costs or fees to any party.

DATED this 20th day of May, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE